WM. A. GUM, d. b. a. *v.* WM. D. ADAMS, Assignee of Chas. H. Richards, p. b. r.

*Justice of the Peace—Appeal.*

No appeal will lie from a judgment rendered by a Justice of the Peace upon the confession of the defendant.

*(Sussex, April, 1890.)*

MOTION to dismiss the appeal.

The record showed that the Justice of the Peace had jurisdiction; that the requisition of the statute with regard to process had been complied with; that the defendant had, on the day fixed for the hearing, appeared and confessed judgment for the amount of the demand; and that judgment had been rendered by the Justice on the confession.

*Robinson* and *Boyce,* for defendants,

Contended that a Justice of the Peace is authorized to enter a judgment when after due process the defendant appears and confesses judgment [*Dickinson v. Horn,* 3 Harr., 496; 3 N. J. L. 992]; that no appeal should be allowed from a judgment rendered by a Justice of the Peace upon the confession of the defendant, (Murfree's Jurisdiction of Justices, §601); and that such confession by the defendant operated as a release of error.

The appeal was dismissed.